

# NUMBER 13-18-00556-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**PEGGY BARNES FRANKLIN,**                                                      **Appellant,**

**v.**

**DAVID JAMES, CINDY JAMES, TERRAL
BULLOCK AND CHERYL BULLOCK,**                                          **Appellees.**

---

### On appeal from the 24th District Court
### of DeWitt County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Contreras, and Benavides
### Memorandum Opinion by Justice Rodriguez

Appellant attempts to appeal a judgment entered by the Thirteenth Court of

Appeals on May 17, 2018.[1]   Upon review of the documents before the Court, it appeared

that there is no appealable order and this Court does not have jurisdiction.   The Clerk of

---

[1] Appellant previously pursued an appeal arising from this same trial court cause number.  *See Franklin v. James*, No. 13-18-00556-CV, 2018 WL 2252907 at *1 (Tex. App.—Corpus Christi May 17, 2018, pet. denied).

this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant filed a response stating, "a Motion for Rehearing was filed with the Supreme Court of Texas and also had granted us time to get the info we needed from the Court Reporter's Recorder." The response contains additional information concerning the reporter's record.

The Court, having fully reviewed and considered the documents herein, concludes that the order appealed from fails to invoke our appellate jurisdiction and is of the opinion that the cause should be dismissed. In terms of appellate jurisdiction, each court of appeals has appellate jurisdiction of all civil cases within its district of which the district courts or county courts have jurisdiction when the amount in controversy or the judgment rendered exceeds $250, exclusive of interest and costs. *See* TEX. GOV'T CODE ANN. §22.220 (West, Westlaw through 2017 1st C.S.). In this case, the order appealed from was not from a district or county court, rather it was a judgment issued by this Court and petition for review was denied by the Supreme Court of Texas.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 20th
day of November, 2018.

2